Montalvo, Demandante y Apelante, *v.* American Railroad
Company, Demandada y Apelada.

Apelación procedente de la Corte de Distrito de Mayagüez
en pleito sobre daños y perjuicios.

No. 2059.—Resuelto en diciembre 23, 1919.

Prueba Contradictoria.—Si los testigos se contradicen, existe prueba contradic-
toria aun cuando todos los testigos de una parte sean sus empleados.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. M. del Toro Colberg.*
Abogado del apelado: *Sr. F. G. Pérez Almiroty.*

El Juez Asociado Sr. Wolf, emitió la opinión del tri-
bunal.

Se alega en la demanda en sustancia que ciertos emplea-
dos del demandante conducían ganado y carros de un lugar
a otro y mientras realizaban este trabajo pasaban por el
paso a nivel que hay entre dos sitios que en la demanda se
mencionan, una locomotora y tren de la demandada que mar-
chaba a gran velocidad. sin tocar campana ni pito y sin lu-
ces de ninguna especie en dicho paso a nivel, arrastró todo

el ganado matando a algunos y dejando a los otros completamente inutilizados.

La demandada alegó varias defensas, habiendo la corte resuelto en sustancia que debía darse crédito a los testigos de la demandada, estimando haberse probado con prueba preponderante que la locomotora en cuestión traía encendido un foco de luz en su parte delantera y de mayor alcance al ocurrir el accidente; que el tren venía tocando pito y conducido por empleados expertos y diligentes y que si los bueyes fueron muertos a la hora y en el sitio mencionados en la demanda, tal accidente fué debido a la negligencia de los empleados del demandante permitiendo que los animales fueran por el referido sitio a larga distancia separados de ellos.

Insiste el apelante en que no hubo conflicto en la prueba y que el peso de la misma estaba a favor del demandante. Existió, sin embargo, verdadero conflicto entre las dos clases de testigos respecto a si la locomotora llevaba luz, si tocó pito y campana, si fueron diligentes los empleados de la demandada y si no lo fueron los del demandante, y tal vez también sobre otros particulares. No importa, como dice la apelada, el hecho de que los testigos de dicha demandada fueran empleados suyos. Gran parte de la contradicción que es esencial fué originada por los testigos del demandante. Por ésta y otras razones, los autos no revelan nada que nos haga dudar acerca de la corrección de la conclusión a que llegó la corte inferior, debiendo, por tanto, confirmarse su sentencia.

<em>Confirmada la sentencia apelada.</em>

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.